IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| GREE, INC., | § | |
| | § | |
| Plaintiff, | § | Case No.: 2:19-cv-00237-JRG-RSP |
| | § | Case No.: 2:19-cv-00310-JRG-RSP |
| v. | § | Case No.: 2:19-cv-00311-JRG-RSP |
| | § | |
| SUPERCELL OY, | § | |
| | § | |
| Defendant. | § | JURY TRIAL DEMANDED |

# VERDICT FORM

In answering the following questions and completing this Verdict Form, you are to follow all the instructions I have given you in the Court's Final Jury Instructions. Your answers to each question must be unanimous. Some of the questions contain legal terms that are defined and explained in detail in the Final Jury Instructions. You should refer to and consider the Final Jury Instructions as you answer the questions in this Verdict Form.

As used herein, the following terms have the following meanings:

- "GREE" or "Plaintiff" refers to GREE, Inc.
- "Supercell" or "Defendant" refers to Supercell Oy
- The "'346 Patent" refers to U.S. Patent No. 10,328,346
- The "'689 Patent" refers to U.S. Patent No. 10,335,689
- The "'708 Patent" refers to U.S. Patent No. 10,076,708
- The "'832 Patent" refers to U.S. Patent No. 10,413,832
- The "'107 Patent" refers to U.S. Patent No. 9,079,107
- The "'439 Patent" refers to U.S. Patent No. 9,561,439
- The "Asserted Claims" refers collectively to Claim 3 of the '346 Patent; Claim 8 of the '689 Patent; Claim 1 of the '708 Patent; Claims 2 and 3 of the '832 Patent; Claims 1 and 6 of the '107 Patent; and Claims 1 and 5 of the '439 Patent.

## IT IS VERY IMPORTANT THAT YOU FOLLOW THE INSTRUCTIONS PROVIDED IN THIS VERDICT FORM.

## READ THEM CAREFULLY AND ENSURE YOUR VERDICT COMPLIES WITH THEM.

## QUESTION 1 – INFRINGEMENT

Did GREE prove by a preponderance of the evidence that Supercell infringed **ANY** of the Asserted Claims?

Yes: ✓    No: _____

**You MUST answer Question 2A REGARDLESS of your answer to Question No. 1. If your answer to Question No. 1 was YES or if it was NO, you must still answer Question No. 2A.**

### QUESTION 2A – VALIDITY OF THE '346 and '689 PATENTS

Did Supercell prove by clear and convincing evidence that any of the following Asserted Claims are invalid?

**Answer "Yes" or "No" for each Asserted Claim listed below:**

**'346 Patent**

    Claim 3:    Yes: _____    No: \_\_\_✓\_\_\_\_\_

**'689 Patent**

    Claim 8:    Yes: _____    No: \_\_\_✓\_\_\_\_\_

**Answer Question No. 2B ONLY if you answered YES to Question No. 1. If you answered NO to Question No. 1, then DO NOT answer Question No. 2B.**

### QUESTION 2B – VALIDITY OF THE '107 and '439 PATENTS

Did Supercell prove by clear and convincing evidence that any of the following Asserted Claims are invalid?

**Answer "Yes" or "No" for each Asserted Claim listed below:**

**'107 Patent**

    Claim 1:    Yes: _____    No: \_\_\_\_✓_____

    Claim 6:    Yes: _____    No: \_\_\_\_✓_____

**'439 Patent**

    Claim 1:    Yes: _____    No: \_\_\_\_✓_____

    Claim 5:    Yes: _____    No: \_\_\_\_✓_____

**If you answered NO to Question No. 1 then DO NOT answer Question No. 3.**

**Answer Question No. 3 ONLY as to any Asserted Claim that you have found BOTH to be INFRINGED and NOT INVALID.**

**QUESTION NO. 3**

Did GREE prove by a preponderance of the evidence that Supercell **willfully** infringed **ANY** of the Asserted Claims that you found were infringed?

Yes: ✓   No: _____

**If you answered NO to Question No. 1 then DO NOT answer Question No. 4A or 4B.**

**Answer Question No. 4A and 4B ONLY as to any Asserted Claim that you have found BOTH to be INFRINGED and NOT INVALID.**

### QUESTION NO. 4A:

What sum of money, if any, paid now in cash, has GREE proven by a preponderance of the evidence would compensate GREE for its damages resulting from any infringement you have found?

Answer in United States Dollars and Cents, if any:

$ 92,176,058

**QUESTION NO. 4B:**

Is the total amount you awarded in Question No. 4A a **lump-sum** representing damages for <u>past and future sales</u>, or is it a **running royalty** for <u>past sales only</u>?

Check **one** of the following:

**Lump-sum** ✓

—OR—

**Running Royalty** _____

## **FINAL PAGE OF JURY VERDICT FORM**

You have now reached the end of the Verdict Form and should review it to ensure it accurately reflects your **unanimous** determinations. The Jury Foreperson should then sign and date the Verdict Form in the spaces below. Once this is done, notify the Court Security Officer that you have reached a verdict. The Jury Foreperson should keep the Verdict Form and bring it when the jury is brought back into the courtroom.

Signed this ___7th___ day of May, 2021.

**Jury Foreperson**